United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| BRANDON FRANCISCO HERNANDEZ LIMON, | § § § § | |
| "Petitioner," | § | |
| v. | § § | Civil Action No. 1:26-cv-00475 |
| JOAN MILNER, *et al.,* | § § | |
| "Respondents." | § § § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus, Request for Order to Show Cause, and Application for Temporary Restraining Order" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 20 days after service of the Petition upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this May 15, 2026

Rolando Olvera
United States District Judge